JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE L. GALLOWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>  Defendant. | Case No. CV 14-9892-GW(VBKx)<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal [10], it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: January 16, 2015         BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE